192 P.2d 948]

[S. F. No. 17589.   In Bank.   May 18, 1948.]

THE PEOPLE, Respondent, v. SOGATARO FUGITA et al.,
Appellants.

William E. Ferriter, James C. Purcell, G. L. Aynesworth
and Ida M. Campbell for Appellants.

Fred N. Howser, Attorney General, and Jack W. Hardy,
Deputy Attorney General, for Respondent.

THE COURT.—This action was brought to declare an escheat
of real property held by aliens ineligible for American citizenship.   Subsequent to the noticing of the appeal, the Supreme
Court of the United States decided the case of *Oyama* v. *State
of California,* 332 U.S. 633 [68 S.Ct. 269, 92 L.Ed. ——], and
the parties hereto, conceding that the Oyama decision is
controlling of the issues presented here, have filed a stipulation for reversal of the judgment.

Judgment is therefore reversed, each side to bear its own
costs on appeal, and remittitur to issue forthwith.